UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ________ D.C.
INTAKE
JUL 0 3 1997
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

COORDINATED PARTNERS, INC., a Florida corporation and LARRY E. PETERS, individually

Plaintiffs,

v.

DESERT ARROW LIMITED PARTNERSHIP, a Texas Limited Partnership, TEXAS DESERT ARROW LIMITED LIABILITY COMPANY, a Texas Limited Liability Company, RICHARD BRINKMAN, PRISCILLA BRINKMAN, RICHARD R. OBERLE, Trustee, Raymond C. Koe Revocable Trust, RICHARD R. OBERLE, Trustee, Richard Oberle PS/MPP, VALUE INVESTMENT CORPORATION and DR. EDWIN D. BERNARD

Defendants.

Case No. 97-8526
CIV-FERGUSON
MAGISTRATE JUDGE
SNOW

**COMPLAINT**

Plaintiffs Coordinated Partners, Inc. and Larry E. Peters, by their attorneys, Quarles & Brady, hereby allege as their Complaint as follows:

**PARTIES**

1. Coordinated Partners, Inc. ("CPI") is a Florida corporation, whose registered agent/address is 222 Lakeview Avenue, Fourth Floor, West Balm Beach, Florida, 33402. CPI is the general partner of Desert Arrow Limited Partnership, a limited partnership formed under the laws of the State of Texas ("Partnership").





2. Larry E. Peters ("Peters") is an adult citizen of the State of Florida residing at 8813 Lakes Boulevard, West Palm Beach, Florida, 33412. Peters is a limited partner of the partnership owning 4.5 units of the Partnership. Peters is also a creditor of the Partnership.

3. Desert Arrow Limited Partnership is a limited partnership formed under the laws of the State of Texas ("Partnership") and is engaged in the business of owning and operating multi-family housing units.

4. Texas Desert Arrow Limited Liability Company ("TDA") is, upon information and belief, a Texas limited liability company, whose only known address is c/o Attorney James E. Baumann, 4171 North Mesa, Suite B-201, El Paso, Texas, 79950.

5. Defendants Richard Brinkmann and Priscilla Brinkmann (collectively "Brinkmann") are adult residents of Kane County, Illinois, and are formerly limited partners of the Partnership, having formerly held 1.75 units of the Partnership.

6. Defendant Richard R. Oberle, Trustee, Richard Oberle PS/MPP, is an adult resident of Hennepin County, Minnesota, and is formerly a limited partner of the Partnership, having formerly held 1.0 units of the Partnership.

7. Defendant Richard R. Oberle, Trustee, Raymond C. Skoe Revocable Trust, is an adult resident of Hennepin County, Minnesota, and is formerly a limited partner of the Partnership, having formerly held 2.0 units of the Partnership.

8. Defendant Value Investment Corporation is, upon information and belief, a foreign corporation, the principal place of business for which is in Salt Lake County,

Utah, and was formerly a limited partner of the Partnership, having held 9.75 units of the Partnership ("V.I. Corp."). Upon information and belief, J.F. Cannon is the principal and chief executive officer of V.I. Corp.

9. Defendant Dr. Edwin D. Bernard ("Bernard") is an adult resident of Choctaw County, Oklahoma, and was formerly a limited partner of the Partnership, having held 1.0 units of the Partnership.

**JURISDICTION AND VENUE**

10. This Court has jurisdiction over the subject matter of this action under Title 28, United States Code, § 1332. This is an action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of costs and interest.

11. Venue is proper under Title 28, United States Code, § 1391(a).

12. This is an action for declaratory relief under Title 28, United States Code, §§ 2201 and 2202 and for injunctive relief pursuant to Rule 65, Federal Rules of Civil Procedure.

**FACTUAL ALLEGATIONS**

13. Desert Arrow Limited Partnership ("Partnership") adopted an Amended and Restated Agreement of Limited Partnership dated July 31, 1991, including all amendments thereto (all of which are collectively referred to as "Partnership Agreement"). Pursuant to the Partnership Agreement, plaintiff CPI was duly elected as the Partnership's general partner. The Partnership owns and operates multi-family housing units in the City of El Paso, Texas. As a result of the downsizing of United

States military facilities in the El Paso community, the Partnership's property has experienced substantially greater vacancy levels and reduced cash flow as a result therefrom.

14. Plaintiff Peters is the Chief Executive Officer of CPI and, as owner of 4.5 units in the Partnership, holds a major equity interest in the Partnership. In addition, Peters has loaned substantial funds to the Partnership in order for the Partnership to meet its payables for vendors and suppliers.

15. The Partnership Agreement was duly amended on May 29, 1997, by adoption of the "Second Amendment." Pursuant to the Partnership Agreement, the Partnership issued a "cash call" to limited partners in the amount of $5,000.00 per Partnership unit in order to meet the increasing cash demands for the operation of the Partnership as a result of the downturn in the El Paso housing market. The Second Amendment to the Partnership Agreement further provided that the general partner had a right of first refusal for the purchase of any limited partnership units.

16. The Partnership Agreement further provides that upon failure of any limited partners to meet the deadline for the cash call issued by the Partnership of June 29, 1997, those limited partnership units would be forfeited.

17. Defendants Brinkmann, Oberle, V.I. Corp. and Bernard failed to meet the cash call of the Partnership and, accordingly, their limited partnership units previously held have now been forfeited.

18. Upon information and belief, defendant Texas Desert Arrow Limited Liability Company ("TDA") was organized by defendants Brinkmann, Oberle and V.I. Corp. with the apparent intent of becoming general partner of the Partnership.

19. In June of 1997, TDA issued a letter to all limited partners containing material misrepresentations and material omissions regarding the operation of the Partnership and wrongfully urging the removal of plaintiff CPI as general partner of the Partnership. The June, 1997 TDA letter also omitted a highly material representation that upon removal of the general partner, the general partner would be entitled to a cash payment within 30 days equal to its general partnership interest which can be up to 25% of the net value of the Partnership assets. The failure to make this disclosure was highly material and relevant to the limited partners.

20. Upon information and belief, defendants Brinkmann, Oberle and V.I. Corp. attempted to purchase the limited partnership units of certain limited partners, including in particular the Bernard interest without granting the right of first refusal to the general partner as required by the Partnership Agreement, as amended.

21. Upon information and belief, an agreement was made between defendants Brinkmann, Oberle, V.I. Corp. and possibly TDA with defendant Bernard to make a future purchase of the Bernard limited partnership interest without granting to the general partner a right of first refusal for the Bernard partnership interest as required by the Partnership Agreement, as amended.

22. Defendants Brinkmann, Oberle and V.I. Corp. have wrongfully attempted to remove plaintiff CPI as general partner of the Partnership.

23. Defendants Brinkmann, Oberle and V.I. Corp. have further wrongfully demanded that plaintiff CPI, as general partner of the Partnership, not pay the lawful obligations of the Partnership and surrender to defendant Texas LLC "all papers, files, correspondence, canceled checks, books and records belonging to Desert Arrow Limited Partnership." Complying with this demand would immediately cause severe business interruption and losses to the Partnership.

**COUNT I**

DECLARATORY RELIEF

24. Plaintiffs repeat and reallege each and every allegation in paragraphs 1 through 23 set forth above.

25. Defendants' concerted activity with respect to the ownership, management and business operations of the Partnership are causing severe disruption of the business activities and operations of the Partnership and require declaratory relief to protect the interests of the Partnership and the business activities carried on thereby.

**COUNT II**

INJUNCTIVE RELIEF

26. Plaintiffs repeat and reallege each and every allegation in paragraphs 1 through 25 set forth above.

27. As a result of the foregoing, there is a substantial risk of immediate and irreparable injury loss or damage which will result to the Partnership and the

Partnership's assets and business activities unless this Court grants injunctive relief to protect the parties' interest.

WHEREFORE, plaintiffs respectfully request the following relief:

A. Declaratory judgment adjudicating the plaintiff CPI as the lawful general partner of Desert Arrow Limited Partnership;

B. Preliminary and permanent injunctive relief enjoining and restraining the defendants from further efforts to place TDA in control as general partner or agent of the Partnership;

C. Declaratory judgment adjudicating the interests of Brinkmann, Oberle and V.I. Corp. in the Partnership to have been forfeited;

D. Preliminary and permanent injunctive relief proscribing defendants from any further efforts to transfer ownership interests of any limited partnership units;

E. Permanent and injunctive relief proscribing defendants from engaging in any further conduct interfering with or in any manner seeking to exercise control over the assets of Desert Arrow Limited Partnership;

F. An order awarding plaintiffs such as attorneys' fees as may be permitted under law and under the Partnership Agreement, their expenses, costs and such other

relief as may be just and equitable.

Dated this 2nd day of July, 1997.

Robert J. Sacco
Florida State Bar No. 955922
QUARLES & BRADY
222 Lakeview Avenue
Fourth Floor
P.O. Box 3188
West Palm Beach, FL 33402-3188
(561) 653-5000
FAX: (561) 653-5333

Attorneys for Plaintiffs

Of Counsel:

James R. Cole
Wisconsin State Bar No. 01013023
QUARLES & BRADY
Firstar Plaza
One South Pinckney Street
P.O. Box 2113
Madison, WI 53701-2113
(608) 251-5000
FAX: (608) 251-5166

Of Counsel:

James R. Cole
Wisconsin State Bar No. 01013023
QUARLES & BRADY
Firstar Plaza
One South Pinckney Street
P.O. Box 2113
Madison, WI 53701-2113
(608) 251-5000
FAX: (608) 251-5166

State of Wisconsin )
)
County of Dane )

Larry E. Peters, being first duly sworn, on oath deposes and says that he is one of the plaintiffs above named; that he has read the foregoing Complaint and knows the contents thereof, and that the same is true to his own knowledge, excepting matters therein stated on information and belief, and as to those matters, he believes it to be true.

Dated: July 2, 1997.

Larry E. Peters

Subscribed and sworn to before me
this 2nd day of July, 1997.

~~James R. Cole, Notary Public~~ Jerilyn Bostock Notary Public
State of Wisconsin
My Commission ~~is Permanent.~~ expires 5-1-00